**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
NATASHA BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>NATASHA BAILEY,<br><br>           Defendant | Case No.: 1:24-CR-00054-JLT-SKO<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, NATASHA BAILEY, hereby waives her appearance in person in open court upon the status conference set for Wednesday, February 19, 2025, of the above-entitled court.  The defendant hereby requests the court to proceed in her absence and agrees that her interest will be deemed represented at said hearing by the presence of her attorney, ALEKXIA TORRES STALLINGS.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 02/14/2025                                  **/s/: Natasha Bailey**
                                                  NATASHA BAILEY


Date: 02/14/2025                                  **/s/Alekxia Torres Stallings**
                                                  ALEKXIA TORRES STALLINGS,
                                                  Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant NATASHA BAILEY is hereby excused from appearing at this court hearing scheduled for Wednesday, February 19, 2025, at 1:00 p.m. IT IS SO ORDERED

DATED: 2/14/2025

*Sheila K. Oberto*
MAGISTRATE JUDGE SHIELA K. OBERTO