**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alexia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
NATASHA BAILEY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24-cr-00054-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE TRIAL DATE AND CONTINUE THE CHANGE OF PLEA HEARING** |
| vs. | |
| NATASHA BAILEY, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON, AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NATASHA BAILEY, by and through her attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the trial date currently set for October 15, 2025, (See ECF Doc. 74) be vacated, and the change of plea currently set for September 29, 2025, at 9:00 a.m. (See ECF Doc. 84) be continued to Monday, October 27, 2025, at 9:00 a.m.

There has been new information received and all parties in the process of evaluating said information. I have spoken to AUSA Karen Escobar and she has no objection to vacating the trial date and continuing the change of plea hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: September 29, 2025 | */s/ Alekxia Torres Stallings* |
|  | ALEKXIA TORRES STALLINGS |
|  | Attorney for Defendant |
|  | NATASHA BAILEY |
|  |  |
| DATED: September 29, 2025 | */s/Karen Escobar* |
|  | KAREN ESCOBAR |
|  | Assistant U.S. Attorney |

## ORDER

**IT IS SO ORDERED** that the trial date currently set for October 15, 2025, be vacated, and the change of plea currently set for September 29, 2025, at 9:00 a.m. be continued to Monday, October 27, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 29, 2025**

_____
UNITED STATES DISTRICT JUDGE