**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alexxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
NATASHA BAILEY

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:24-cr-00054-JLT-SKO |
| Plaintiff, | ) **STIPULATION AND PROPOSED ORDER TO CONTINUE THE CHANGE OF PLEA HEARING** |
| vs. | ) |
| NATASHA BAILEY, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON, AND CHAN HEE CHU, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NATASHA BAILEY, by and through her attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the change of plea hearing currently set for Tuesday, January 20, 2026, at 9:00 a.m., be continued to Tuesday, May 26, 2026 at 9:00am.

I have spoken to AUSA Chan Hee Chu and it is my understanding he has no objection to this request for a continuance. It is our understanding that AUSA Chu has recently been assigned to this matter, and we need additional time to discuss this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: January 15, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
NATASHA BAILEY

DATED: January 15, 2026

ERIC GRANT
United States Attorney

*/s/Chan Hee Chu*
CHAN HEE CHU
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the change of plea date currently set for Tuesday, January 20, 2026 at 9:00 a.m. be continued to Tuesday, May 26, 2026, at 9:00 a.m. **No further stipulated continuances will be considered by the Court.**

IT IS SO ORDERED.

Dated:   **January 15, 2026**

UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Change of Plea

2