ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA MICHELLE BAILEY,<br><br>Defendant. | Case No. 1:24-CR-00054-JLT-SKO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER<br><br>COURT: Hon. Jennifer L. Thurston |

Defendant Natasha Michelle Bailey ("Defendant") and the United States of America ("United States") stipulate that and request that the Change of Plea Hearing currently scheduled for May 26, 2026, at 9:00 a.m. be continued to June 22, 2026, at 9:00 a.m.

Defense counsel requires time to review discovery, continue discussions with the prosecution and consult with her client. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period May

1

26, 2026, to June 22, 2026, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

## STIPULATION

The United States of America, by and through undersigned counsel, and Defendant, by and through undersigned counsel, hereby stipulate as follows:

1. The Change of Plea Hearing currently scheduled on May 26, 2026, at 9:00 a.m., may be continued to June 22, 2026, at 9:00 a.m.

2. Time may be excluded pursuant to the Speedy Trial Act from May 26, 2026, to June 22, 2026, inclusive.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  April 2, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

Date:  April 2, 2026

*/s/ Alexia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
NATASHA MICHELLE BAILEY

**O R D E R**

**IT IS SO ORDERED.** The change of plea hearing scheduled for May 26, 2026, at 9:00 a.m. is hereby continued to June 22, 2026, at 9:00 a.m.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 26, 2026, to June 22, 2026, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **April 2, 2026**

_____
UNITED STATES DISTRICT JUDGE