**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
NATASHA BAILEY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:24-cr-00054-JLT-SAB |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE THE CHANGE OF PLEA** |
| | ) **HEARING** |
| vs. | ) |
| NATASHA BAILEY, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON, AND CHAN HEE CHU, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NATASHA BAILEY, by and through her attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the Change of Plea Hearing currently set for June 22, 2026, at 9:00 a.m. (See ECF Doc. 105) be continued to a Change of Plea Hearing on October, 26, 2026, at 9:00 a.m.

Defense counsel and the defendant are unavailable on the presently scheduled change of plea date. Additionally, defense counsel is actively communicating with defense counsel for co-defendant regarding resolution and resolving ongoing issues relating to the Defendant. Defense counsel has spoken to AUSA Chan Hee Chu and it is counsel's understanding he has no objection to this request for a continuance.

///

The parties therefore stipulate that the period of time from June 22, 2026, through October 26, 2026, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 16, 2026                    */s/ Alekxia Torres Stallings*
                                        ALEKXIA TORRES STALLINGS
                                        Attorney for Defendant
                                        NATASHA BAILEY

DATED: June 16, 2026                    */s/Chan Hee Chu*
                                        CHAN HEE CHU
                                        Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the change of plea hearing currently set for Monday June 22, 2026, at 9:00 a.m., be continued to Monday, October 26, 2026, at 9:00 a.m. before the Honorable Jennifer L. Thurston and that the period from June 22, 2026, through October 26, 2026, is hereby EXCLUDED from the computation of time within which trial must commence pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) this day of June 16, 2026.

IT IS SO ORDERED.

Dated: ___June 16, 2026___

UNITED STATES DISTRICT JUDGE
JENNIFER L. THURSTON